IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CJ GRISHAM                          §
                                    §
VS.                                 §      ACTION NO. 4:25-CV-716-Y
                                    §
TIM O'HARE, ET AL                   §

### ORDER GRANTING TARRANT COUNTY'S MOTION TO DISMISS

Before the Court is a motion to dismiss (doc. 18) filed by defendant Tarrant County. In the motion, Tarrant County contends that plaintiff CJ Grisham fails to plead facts sufficient to impute municipal liability on the county according to *Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658 (1978). For the following reasons, the Court determines the motion should be granted.

All claims pertaining to defendant O'Hare and the four Tarrant County Sheriff Deputies ("the Deputies") are addressed within separate orders regarding their motions to dismiss. For the reasons stated in the Court's order granting O'Hare's motion to dismiss, the rules of decorum within TCCC meetings——and the enforcement of such rules——do not violate Grisham's First Amendment rights. All claims against O'Hare have been dismissed.

For the reasons stated in the Court's order granting the Deputies' motion to dismiss, Grisham fails to make out any constitutional violations against the Deputies. All claims against

ORDER GRANTING MOTION TO DISMISS – PAGE 1

the Deputies have also been dismissed.

"To recover a judgment against a [municipality] under § 1983, a plaintiff must allege and establish that he sustained a deprivation of a constitutional or federally protected right because some official policy, practice, or custom of that governmental entity." *Grisham v. Valenciano*, 93 F.4th 903, 912 (5th Cir. 2024). Grisham has failed to establish there were any constitutional violations based on the conduct in question; "thus, the [County] is not liable." *Id.*

The Court concludes that Tarrant County's motion to dismiss (doc. 18) is GRANTED. Grisham's claims against the County are **DISMISSED with prejudice**.

SIGNED April 8, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS – PAGE 2