IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CJ GRISHAM                          §
                                    §
VS.                                 §        ACTION NO. 4:25-CV-716-Y
                                    §
TIM O'HARE, ET AL                   §

## FINAL JUDGMENT

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order of dismissal issued on April 6, 2026, and the orders of dismissal issued this same day, this case is **DISMISSED with prejudice**. The parties shall bear their own respective costs and attorney's fees.

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED April 8, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT – PAGE SOLO